UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **Matter of** ) | Case No. |
| ) | |
| Childers, Frederick v. ) | REGISTRATION OF A FOREIGN |
| Receivables Performance ) | JUDGMENT PURSUANT TO 28 U.S.C.A. |
| Management, LLC ) | § 1963 |
| ) | |
| ) | **MS12 169** |
| ) | |
| ) | |
| ) | |

SEA 57013

## APPLICATION FOR THE REGISTRATION OF A FOREIGN JUDGMENT

Frederick Childers ("Childers"), by and through his attorneys, Weisberg & Meyers, LLC, hereby files this application to register judgment against Receivables Performance Management, LLC ("RPM") issued in the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. § 1963. In support thereof, Plaintiff respectfully states as follows:

1. On November 30, 2011, Childers accepted RPM's offer of judgment in the amount of $1,501.00, plus attorneys' fees and costs to be decided by the Court in addition to the judgment. *See* Certified Copy of Doc. 13 and Doc. 13-1, attached hereto.

2. On February 29, 2012, Chief United States District Judge Robert J. Conrad, Jr. of the Western District of North Carolina directed the Clerk of the Court to enter judgment in favor of Childers in accordance with RPM's Offer of Judgment. *See* Certified Copy of Doc. 21, attached hereto.

3. On February 29, 2012, Clerk Frank G. Johns entered judgment in accordance with the Court's February 29, 2012 Order. *See* Certified Copy of Doc. 22, attached hereto.

1



12-MC-00169-APPL

4. On April 20, 2012, Clerk Frank G. Johns awarded $425.00 in costs in favor of Childers and against RPM. *See* Certified Copy of Doc. 27, attached hereto.

5. The Clerk's taxation of costs allowed seven (7) days for appeal. *Id.*

6. On May 24, 2012, Chief United States District Judge Robert J. Conrad, Jr. of the Western District of North Carolina ordered that Childers' Motion for Attorneys' Fees and Costs was granted and directed the Clerk to enter judgment against RPM in the amount of $7,110 in attorneys' fees. *See* Certified Copy of Doc. 31, attached hereto.

7. On May 25, 2012, Clerk Frank G. Johns entered judgment in accordance with the Court's February 29, 2012 and May 24, 2012 orders. *See* Certified Copy of Doc. 32, attached hereto.

8. On August 8, 2012, the Clerk for the Western District of North Carolina certified that the attached judgment is true and correct, that no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending, and that no appeal is pending. *See* Clerk's Certification Of A Judgment To Be Registered In Another District, attached hereto.

9. 28 U.S.C. § 1963, in relevant part, provides:

> *A judgment in an action for the recovery of money* or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade *may be registered by filing a certified copy of the judgment in any other district* or, with respect to the Court of International Trade, in any judicial district, *when the judgment has become final by appeal or expiration of the time for appeal* or when ordered by the court that entered the judgment for good cause shown. . . . *A judgment so registered shall have the same effect* as a judgment of the district court of the district where registered and may be enforced in like manner.

28 U.S.C. § 1963 (emphasis added).

10. The amounts awarded to Childers total $9,036.00.

11. On July 13, 2012, RPM executed a check in the amount of $6,199.92 payable to "Weisberg & Meyers, LLC Teust Account" (sic). See Settlement Check, attached herein as *Exhibit A*.

12. As of the date of this registration, RPM still owes $2,836.08 plus post-judgment interest to satisfy this judgment.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to register this judgment in favor of Childers and against RPM in this jurisdiction pursuant to its authority under 28 U.S.C. § 1963 to permit execution upon the unsatisfied amount.

Dated: August 14, 2012

Respectfully submitted,

By: _____
Dennis Kurz (WSB# 43735)
WEISBERG & MEYERS, LLC
5025 N. Central Ave #602
Phoenix, AZ 85012
888 595 9111 (Telephone)
866 565 1327 (Facsimile)
dkurz@attorneysforconsumers.com
ATTORNEYS FOR CHILDERS